UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DAVID PATRICK SHEFFIELD | CASE NUMBER: 22 CR 303<br><br>Magistrate Judge M. David Weisman |

## ORDER

The UNITED STATES OF AMERICA by its attorney, JOHN R. LAUSCH, JR., United States Attorney for the Northern District of Illinois, having moved this Court to unseal this criminal case and the arrest warrant,

IT IS HEREBY ORDERED THAT this criminal case and the arrest warrant shall be unsealed as of October 3, 2022. The criminal complaint and supporting affidavit (Dkt. 1), as well as the government's motion to unseal this criminal case and the arrest warrant, shall remain sealed until the defendant is arrested, or until further order of the Court, whichever occurs earlier.

ENTER:

_M. David Weisman_
_____
M. David Weisman
United States Magistrate Judge

DATE: October 3, 2022